SEYFARTH SHAW LLP
Brandon McKelvey (SBN 217002)
bmckelvey@seyfarth.com
Emily E. Barker (SBN 275166)
ebarker@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California  95814-4428
Telephone:     (916) 448-0159
Facsimile:     (916) 558-4839

Attorneys for Defendant
KONICA MINOLTA BUSINESS SOLUTIONS
U.S.A., INC.

SHIMODA LAW CORP.
Galen T. Shimoda (SBN 226752)
attorney@shimodalaw.com
Justin P. Rodriguez (SBN 278275)
jrodriguez@shimodalaw.com
9401 E. Stockton Blvd., Suite 200
Elk Grove, CA 95624
Telephone: (916) 525-0716
Facsimile:  (916) 760-3733

Attorneys for Plaintiff
MICHAEL MILLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MILLER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KONICA MINOLTA BUSINESS SOLUTIONS U.S.A., INC., a New York Corporation; and DOES 1 to 10, inclusive,,<br><br>　　　　　Defendants. | Case No. 2:12-cv-00514-JAM-GGH<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE TRIAL DATE, DISPOSITIVE MOTION DEADLINE, EXPERT WITNESS DISCLOSURES, SUPPLEMENTAL EXPERT WITNESS DISCLOSURES AND CLOSE OF DISCOVERY** |

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES TO THIS ACTION,** through their counsel of record, as follows:

WHEREAS, this case is currently set for trial on January 13, 2014;

1

1      WHEREAS the final pre-trial conference is currently scheduled for November 22, 2013 at 10:00 a.m.;

3      WHEREAS the deadline to file dispositive motions is currently September 11, 2013;

4      WHEREAS the deadline for promulgation of discovery is currently July 31, 2013;

5      WHEREAS, the parties have exchanged thousands of pages of documents as part of the Rule 26 initial disclosure process;

7      WHEREAS, the first phase of Plaintiff's deposition took place on November 15, 2012.

8      WHEREAS, due to medical issues, Plaintiff was unable to sit for a full day of deposition, the parties have agreed to hold the remainder of his deposition on June 13, 2013;

10      WHEREAS Plaintiff has noticed the deposition of Defendant's Person Most Knowledgeable to proceed on June 14, 2013;

12      WHEREAS the deadline for expert witness disclosures is currently May 15, 2013;

13      WHEREAS the deadline for supplemental disclosures and disclosure of any rebuttal experts is currently May 29, 2013;

15      WHEREAS all parties agree that these depositions may reveal the need to propound written discovery and seek additional documents necessary to the resolution of this litigation;

17      WHEREAS the parties agree that further investigation and discussion is needed to develop Plaintiff's claims and Defendant's defenses;

19      WHEREAS there have been no prior continuances of the trial date;

20      The Parties do hereby stipulate to vacate the trial and pretrial conference dates.

21      The parties further stipulate that trial should not be set in this matter before April 14, 2014, as they will likely require an additional six (6) months to complete the discovery necessary for any dispositive motions, and an additional six (6) months to prepare the matter for trial.

24      The parties further stipulate that the pretrial conference should not be set in this matter before February 14, 2014 and the deadline to file a joint pre-trial statement should not be set in the matter before February 7, 2014 for the same reasons.

1  The parties further stipulate that the May 15, 2013 deadline for expert witness disclosures
2  should be continued to July 15, 2013 for the same reasons.

3  The parties further stipulate that the May 29, 2013 deadline for supplemental disclosures
4  and disclosure of any rebuttal experts is continued to July 29, 2013 for the same reasons.

5  The parties further stipulate that the deadline for dispositive motions should not be set in
6  this matter before November 11, 2013 and the last day to have hearings on dispositive motions
7  should not be set in this matter before December 13, 2013 for these same reasons.

8  The parties further stipulate that the deadline to complete discovery, including hearings
9  on discovery motions, should be moved to September 30, 2013 to allow the parties full and
10 complete investigation of their claims and defenses.

11 **IT IS SO STIPULATED.**

Dated: May 28, 2013                         SEYFARTH SHAW LLP


                                            By:   /s/ Brandon McKelvey
                                                  Brandon McKelvey
                                                  Emily E. Barker
                                            Attorneys for Defendant
                                            KONICA MINOLTA BUSINESS
                                            SOLUTIONS U.S.A., INC.




Dated: May 28, 2013                         SHIMODA LAW CORP.


                                            By:   /s/ Galen T. Shimoda
                                                  Galen T. Shimoda
                                                  Justin P. Rodriguez
                                            Attorneys for Plaintiff
                                            MICHAEL MILLER

**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, and finding good cause therein, IT IS HEREBY ORDERED that the:

The trial date scheduled for January 13, 2014 is hereby vacated. The pre-trial conference date scheduled for November 22, 2013 is hereby vacated. A new trial date is set for April 14, 2014 at 9:00 a.m. A new pre-trial conference date is set for February 21, 2014 at 11:00 a.m. The last day for the parties to submit a joint pre-trial statement is February 14, 2014.

The May 15, 2013 deadline for expert witness disclosures is continued to July 15, 2013.

The May 29, 2013 deadline for supplemental disclosures and disclosure of any rebuttal experts is continued to July 29, 2013.

The September 11, 2013 deadline for filing of dispositive motions is continued to November 13, 2013 and the last day for hearing dispositive motion is continued to December 11, 2013 at 9:30 a.m.

The July 31, 2013 discovery deadline is moved to September 30, 2013.

Plaintiff(s) is directed to serve a copy of this Order at once on all parties to this action in accordance with the provisions of Rule 5 of the Federal Rules of Civil Procedure not enrolled in the e-filing program. Following service, the party causing the service shall file a certificate of service with the Clerk of Court.

**IT IS SO ORDERED.**

DATED: 5/28/2013                    /s/ John A. Mendez
                                    HON. JOHN A. MENDEZ
                                    UNITED STATED DISTRICT COURT JUDGE