1   SEYFARTH SHAW LLP
    Loren Gesinsky (*PRO HAC VICE*) (NY SBN2661981)
2   lgesinsky@seyfarth.com
    Brandon McKelvey (SBN 217002)
3   bmckelvey@seyfarth.com
    Emily E. Barker (SBN 275166)
4   ebarker@seyfarth.com
    400 Capitol Mall, Suite 2350
5   Sacramento, California  95814-4428
    Telephone:     (916) 448-0159
6   Facsimile:      (916) 558-4839

7   Attorneys for Defendant
    KONICA MINOLTA BUSINESS SOLUTIONS
8   U.S.A., INC.

9   SHIMODA LAW CORP.
    Galen T. Shimoda (SBN 226752)
10  attorney@shimodalaw.com
    Justin P. Rodriguez (SBN 278275)
11  jrodriguez@shimodalaw.com
    9401 E. Stockton Blvd., Suite 200
12  Elk Grove, CA 95624
    Telephone: (916) 525-0716
13  Facsimile:  (916) 760-3733

14  Attorneys for Plaintiff
    MICHAEL MILLER

15                    UNITED STATES DISTRICT COURT

16                    EASTERN DISTRICT OF CALIFORNIA

17

18  MICHAEL MILLER,                        Case No. 2:12-cv-00514-JAM-GGH

19              Plaintiff,                  **JOINT STIPULATION AND ORDER
                                            TO CONTINUE TRIAL DATE,
20       v.                                 DISPOSITIVE MOTION DEADLINE,
                                            EXPERT WITNESS DISCLOSURES,
21  KONICA MINOLTA BUSINESS                 SUPPLEMENTAL EXPERT WITNESS
    SOLUTIONS U.S.A., INC., a New York      DISCLOSURES AND CLOSE OF
22  Corporation; and DOES 1 to 10, inclusive,,  DISCOVERY**

23              Defendants.

24       **IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES TO THIS**

25  **ACTION,** through their counsel of record, as follows:

26       WHEREAS, this case is currently set for trial on April 15, 2014;

27

28
                                     1

1    WHEREAS the final pre-trial conference is currently scheduled for February 21, 2014 at

2    10:00 a.m.;

3    WHEREAS the deadline to file dispositive motions is currently November 13, 2013;

4    WHEREAS the deadline for hearing dispositive motions is currently December 11, 2013;

5    WHEREAS the parties are mutually engaged in a good faith effort at informal settlement

6    and are seeking to schedule a mediation date;

7    WHEREAS the parties agree that the trial and dispositive motions deadlines should be

8    continued to facilitate such mediation;

9    WHEREAS defense counsel is out of the country from June 14, 2014 through July 5,

10   2014.

11   WHEREAS the deadline for promulgation of discovery is currently September 30, 2013;

12   WHEREAS, the parties have exchanged thousands of pages of documents as part of the

13   Rule 26 initial disclosure process;

14   WHEREAS, the first phase of Plaintiff's deposition took place on November 15, 2012

15   and the second phase took place on June 13, 2013;

16   WHEREAS Plaintiff took the deposition of Defendant's Person Most Knowledgeable on

17   June 14, 2013;

18   WHEREAS Plaintiff has noticed the deposition of Mario Hidalgo and the parties are in

19   the meet and confer process as to the date on which this will go forward;

20   WHEREAS Defendant intends to subpoena for deposition Roger Kearney, Plaintiff's ex-

21   supervisor, and the parties are in the meet and confer process as to the date on which this will go

22   forward;

23   WHEREAS all parties agree that these depositions may reveal the need to propound

24   written discovery and seek additional documents necessary to the resolution of this litigation;

25   WHEREAS the parties agree that further investigation and discussion is needed to

26   develop Plaintiff's claims and Defendant's defenses;

27

28

STIPULATION TO CONTINUE TRIAL DATE, DISPOSITIVE MOTION DEADLINE AND CLOSE OF
DISCOVERY - CASE NO. 2:12 CV-00514-JAM-GGH

16141221v.1

1      WHEREAS the trial date was previously continued from January 13, 2014 by stipulation

2  of the parties and order of this Court to facilitate discovery;

3      The parties do hereby stipulate to vacate the trial and pretrial conference dates.

4      The parties further stipulate that trial should not be set in this matter before May 20,

5  2014, as they will likely require an additional five (5) weeks to make a good faith attempt at

6  mediation and complete the discovery necessary for any dispositive motions.

7      The parties further stipulate that the pretrial conference should not be set in this matter

8  before March 4, 2014 and the deadline to file a joint pre-trial statement should not be set in the

9  matter before March 28, 2014 for the same reasons.

10      The parties further stipulate that the deadline for dispositive motions should not be set in

11  this matter before December 18, 2013 and the last day to have hearings on dispositive motions

12  should not be set in this matter before January 22, 2014 for these same reasons.

13      The parties further stipulate that the deadline to complete discovery, including hearings

14  on discovery motions, should be moved to November 11, 2013 to allow the parties full and

15  complete investigation of their claims and defenses.

16  **IT IS SO STIPULATED.**

Dated: September 16, 2013          SEYFARTH SHAW LLP

17

18

19                    By:  /s/ Loren Gesinsky

                         Loren Gesinsky

20                       Emily E. Barker

                  Attorneys for Defendant

21               KONICA MINOLTA BUSINESS

                  SOLUTIONS U.S.A., INC.

22

23

24  Dated: September 16, 2013          SHIMODA LAW CORP.

25

26                    By:  /s/ Justin P. Rodriguez

                        Galen T. Shimoda

27                      Justin P. Rodriguez

                  Attorneys for Plaintiff

28               MICHAEL MILLER

3

1

**<u>ORDER</u>**

2      PURSUANT TO THE STIPULATION OF THE PARTIES, and finding good cause

3  therein, IT IS HEREBY ORDERED that the:

4           The trial date scheduled for April 15, 2014 is hereby vacated.  The pre-trial

5  conference date scheduled for February 21, 2014 is hereby vacated.  A new trial date is set for

6  June 2, 2014 at 9:00 a.m.  A new pre-trial conference date is set for March 21, 2014 at 10:00 a.m.

7  The last day for the parties to submit a joint pre-trial statement is March 14, 2014.

8      The November 13, 2013 deadline for filing of dispositive motions is continued to

9  December 18, 2013 and the last day for hearing dispositive motion is continued to January 22,

10 2014 at 9:30 a.m.

11     The September 30, 2013 discovery deadline is moved to November 11, 2013.

12     Plaintiff(s) is directed to serve a copy of this Order at once on all parties to this action in

13 accordance with the provisions of Rule 5 of the Federal Rules of Civil Procedure not enrolled in

14 the e-filing program. Following service, the party causing the service shall file a certificate of

15 service with the Clerk of Court.

16

17     **IT IS SO ORDERED.**

18

19 DATED:  9/16/2013                    /s/ John A. Mendez_____
                                        HON. JOHN A. MENDEZ
20                                      UNITED STATED DISTRICT COURT JUDGE

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE TRIAL DATE, DISPOSITIVE MOTION DEADLINE AND CLOSE OF
DISCOVERY - CASE NO. 2:12 CV-00514-JAM-GGH

16141221v.1