SHIMODA LAW CORP.
Galen T. Shimoda (Cal. State Bar No. 226752)
9401 E. Stockton Blvd., Suite 200
Elk Grove, CA 95624
Telephone: (916) 525-0716
Facsimile: (916) 760-3733

Attorneys for Plaintiff MICHAEL MILLER

SEYFARTH SHAW LLP
Loren M. Gesinsky (*PRO HAC VICE*)
lgesinsky@seyfarth.com
620 8th Avenue, 32nd Floor
New York, NY 10018
Telephone:  (212) 218-5500
Facsimile:  (212) 218-5526

SEYFARTH SHAW LLP
Brandon McKelvey (SBN 217002)
bmckelvey@seyfarth.com
400 Capitol Mall
Suite 2350
Sacramento, California  95814-4428
Telephone:     (916) 448-0159
Facsimile:     (916) 558-4839

SEYFARTH SHAW LLP
Emily E. Barker (SBN 275166)
ebarker@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California  94105
Telephone:     (415) 397-2823
Facsimile:     (415) 397-8549

Attorneys for Defendant
KONICA MINOLTA BUSINESS SOLUTIONS
U.S.A., INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MILLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KONICA MINOLTA BUSINESS SOLUTIONS U.S.A., INC., a New York Corporation; and DOES 2 to 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:12-CV-00514-JAM-CKD<br><br>**STIPULATION OF DISMISSAL; ORDER**<br><br>Date Action Filed:  February 27, 2012 |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff MICHAEL MILLER and Defendants KONICA MINOLTA BUSINESS SOLUTIONS U.S.A., INC., by and through their respective counsel, hereby stipulate that the above-captioned action be and hereby is dismissed with prejudice, each side to bear its own costs and attorneys' fees.

DATED: December 12, 2013        SHIMODA LAW CORP.

By: /s/ Galen T. Shimoda
    Galen T. Shimoda
Attorneys for Plaintiff
MICHAEL MILLER

DATED: December 12, 2013        SEYFARTH SHAW LLP

By: /s/ Emily E. Barker
    Loren M. Gesinsky
    Emily E. Barker
Attorneys for Plaintiff
KONICA MINOLTA BUSINESS
SOLUTIONS U.S.A., INC.

**IT IS SO ORDERED:**

Dated:  12/12/2013              /s/ John A. Mendez
                                HON. JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE

2