| | |
|---|---|
| 1 | SHIMODA LAW CORP. |
|   | Galen T. Shimoda (Cal. State Bar No. 226752) |
| 2 | 9401 E. Stockton Blvd., Suite 200 |
|   | Elk Grove, CA 95624 |
| 3 | Telephone: (916) 525-0716 |
|   | Facsimile: (916) 760-3733 |
| 4 | |
|   | Attorneys for Plaintiff MICHAEL MILLER |
| 5 | |
|   | SEYFARTH SHAW LLP |
| 6 | Loren M. Gesinsky (*PRO HAC VICE*) |
|   | lgesinsky@seyfarth.com |
| 7 | 620 8th Avenue, 32nd Floor |
|   | New York, NY 10018 |
| 8 | Telephone:  (212) 218-5500 |
|   | Facsimile:  (212) 218-5526 |
| 9 | |
|   | SEYFARTH SHAW LLP |
| 10 | Brandon McKelvey (SBN 217002) |
|   | bmckelvey@seyfarth.com |
| 11 | 400 Capitol Mall |
|   | Suite 2350 |
| 12 | Sacramento, California  95814-4428 |
|   | Telephone:     (916) 448-0159 |
| 13 | Facsimile:     (916) 558-4839 |
| 14 | SEYFARTH SHAW LLP |
|   | Emily E. Barker (SBN 275166) |
| 15 | ebarker@seyfarth.com |
|   | 560 Mission Street, 31st Floor |
| 16 | San Francisco, California  94105 |
|   | Telephone:     (415) 397-2823 |
| 17 | Facsimile:     (415) 397-8549 |
| 18 | Attorneys for Defendant |
|   | KONICA MINOLTA BUSINESS SOLUTIONS |
| 19 | U.S.A., INC. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MILLER, | Case No. 2:12-CV-00514-JAM-CKD |
| Plaintiff, | **STIPULATION OF DISMISSAL; ORDER** |
| v. | Date Action Filed:  February 27, 2012 |
| KONICA MINOLTA BUSINESS SOLUTIONS U.S.A., INC., a New York Corporation; and DOES 2 to 10, inclusive, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff MICHAEL MILLER and Defendants KONICA MINOLTA BUSINESS SOLUTIONS U.S.A., INC., by and through their respective counsel, hereby stipulate that the above-captioned action be and hereby is dismissed with prejudice, each side to bear its own costs and attorneys' fees.

DATED: December 12, 2013                              SHIMODA LAW CORP.

                                                      By: /s/ Galen T. Shimoda
                                                          Galen T. Shimoda
                                                      Attorneys for Plaintiff
                                                      MICHAEL MILLER

DATED: December 12, 2013                              SEYFARTH SHAW LLP

                                                      By: /s/ Emily E. Barker
                                                          Loren M. Gesinsky
                                                          Emily E. Barker
                                                      Attorneys for Plaintiff
                                                      KONICA MINOLTA BUSINESS
                                                      SOLUTIONS U.S.A., INC.

**IT IS SO ORDERED:**

Dated:  12/12/2013                                    /s/ John A. Mendez
                                                      HON. JOHN A. MENDEZ
                                                      UNITED STATES DISTRICT COURT JUDGE